**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
E-Mail: Rebecca.Weinreich@lewisbrisbois.com
STEPHEN V. KOVARIK, SB# 184656
E-Mail: Stephen.Kovarik@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff ENDURANCE ASSURANCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

ENDURANCE ASSURANCE CORPORATION,

Plaintiff,

vs.

OC HELICOPTERS, LLC.

Defendant.

Case No.

**COMPLAINT FOR DECLARATORY RELIEF**

**JURY TRIAL REQUESTED**

Plaintiff Endurance Assurance Corporation ("Endurance"), by way of its complaint against defendant OC Helicopters, LLC ("OC Helicopters"), states:

## NATURE OF THE ACTION

1. This is an insurance coverage action seeking declaratory relief pursuant to 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure. Endurance seeks a declaration that (a) the exception to coverage for rotorwing aircraft to its Aircraft Insurance Policy No. NAC6023958 issued to OC Helicopters precludes coverage for the four liability actions brought against OC Helicopters arising from the January 26, 2020 crash of a Sikorsky S76B helicopter, and (b) Endurance is entitled to reimbursement of defense costs incurred to date in connection with the defense of OC Helicopters in those liability actions.

## JURISDICTION AND VENUE

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), as the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. Venue is proper in the Central District of California because OC Helicopters resides within this district, the loss took place in the district, and the four liability actions against OC Helicopters are pending in the district.

4. This Court is authorized to grant declaratory judgment under the Declaratory Judgment Act, 28 U.S.C. § 2201, and Rule 57 of the Federal Rules of Civil Procedure.

## THE PARTIES

5. Endurance is a Delaware corporation with its principal place of business in Purchase, New York.

6. OC Helicopters is and was at all relevant times a limited liability corporation, incorporated under the laws of the State of California with its principal place of business in Santa Ana, California.

7. On information and belief, the sole member in OC Helicopters is Richard Webb ("Webb").

8. On information and belief, Webb is and was at all relevant times a citizen of the State of California.

## FACTUAL BACKGROUND

### A. The Endurance Aircraft Insurance Policy

9. Endurance issued Aircraft Insurance Policy No. NAC6023958 ("Policy") to OC Helicopters for the period April 11, 2019 to April 11, 2020. The Policy contains a single limit of $10,000,000 for bodily injury and property damage, subject to all of the Policy's terms, conditions and limitations. A copy of the Policy is attached to this Complaint as Exhibit A.

10. Liability insurance is provided under Coverage D of the Policy, which states:

> Coverage D - Single Limit **Bodily Injury** and **Property Damage** Liability (including any and all **Related Claims**) - To pay on your behalf all sums which you become legally obligated to pay as damages because of **Bodily Injury** sustained by any person (excluding any **Passenger** unless the words "Including **Passengers**" appear in Item 4 of the Declarations) and **Property Damage** caused by an **Occurrence** during the Policy Period and arising out of the ownership, maintenance or use of an **Aircraft**.

11. The terms "you" and "your" as used in the Policy is the Named Insured.

12. "Named Insured" is defined as "the person or organization named in Item 1 of the Declarations", which identifies OC Helicopters.

13. The term "Aircraft" means the "Aircraft defined in the Declarations". Item 5 of the Declarations incorporates the attached Schedule Of Aircraft, which lists as the sole aircraft a Eurocopter EC-120, FAA certification number N121PD.

14. Endorsement 2 of the Policy, the Charter and Commercial Expansion Endorsement, extends Coverage D to include Non-Owned Aircraft Liability coverage, as follows:

> **Non-Owned Aircraft Liability** - It is agreed that, with respect to Coverages A, B and D in Section I of the Policy, coverage will apply to any aircraft you use but which is not declared in Item 5 of the Declarations always provided that you have no interest in the aircraft as owner in whole or in part and exercise no part in the servicing or maintenance of the aircraft.
>
> Our liability for losses under this coverage with respect to non-owned aircraft is subject to the Limits of Liability shown in Item 4 of the Declarations and does not increase the maximum amount we will pay.
>
> No coverage hereunder applies:
>
> a) To liability arising out of any product you manufacture, sell, handle or distribute.
>
> b) To any **Aircraft** having a seating capacity exceeding 0 seats.
>
> c) To liability for loss of or damage to the aircraft or any consequential loss arising therefrom.

d) To any rotorwing aircraft or amphibious aircraft.

Solely as respects Non-Owned Aircraft, it is agreed that Item 6, Pilots, of the Declarations shall not apply provided you do nothing to prejudice our subrogation rights.

Non-Owned Aircraft Liability coverage hereunder will be excess over any other valid and collectible Insurance available to you.

**B.** **The Loss**

15. On January 26, 2020, a Sikorsky S76B helicopter, bearing FAA registration number N72EX (the "Sikorsky"), crashed near Calabasas, California. The aircraft was en route from John Wayne Airport, in Santa Ana, to Camarillo Airport, in Camarillo, California. The helicopter was destroyed on impact. The pilot, Ara Zobayan, was fatally injured along with eight passengers: Alyssa Altobelli, Keri Altobelli, John Altobelli, Kobe Bryant, Gianna "Gigi" Bryant, Payton Chester, Sarah Chester, and Christina Mauser.

16. The Sikorsky was owned by Island Express Holding Corp. ("Island Express Holding") and operated by Island Express Helicopters, Inc. ("Island Express Helicopters").

**C.** **The Liability Actions**

17. The crash resulted in four liability actions being brought in Los Angeles County Superior Court by families of the crash victims against Island Express Helicopters, Island Express Holding, and the Estate of Ara George Zobayan ("Zobayan").

a. *Altobelli, et al. v. Island Express Helicopters, Inc., et al.*, Los Angeles County Superior Court Case No. 20STCV14963) ("*Altobelli* action"). A copy of the Complaint in the *Altobelli* action is attached hereto as Exhibit B.

b. *Bryant, et al., v. Island Express Helicopters, Inc., et al.*, Los Angeles County Superior Court No. 20STCV07492) ("*Bryant* action"). A copy of the Second Amended Complaint in the *Bryant* action is attached hereto as Exhibit C.



c. *Chester, et al. v. Island Express Helicopters, Inc., et al*., Los Angeles County Superior Court Case No. 20STCV17897 ("*Chester* Action"). A copy of the Complaint in the *Chester* action is attached hereto as Exhibit D.

d. *Mauser, et al. v. Island Express Helicopters, Inc., et al.*, Los Angeles County Superior Court Case No. 20STCV14973 ("*Mauser* Action"). A copy of the Complaint in the *Mauser* action is attached hereto as Exhibit E.

18. OC Helicopters was subsequently added as a defendant in the *Altobelli*, *Bryant*, *Chester*, and *Mauser* actions (collectively, the "Liability Actions") based upon its alleged negligence in connection with the fatal flight. Copies of the amendments substituting OC Helicopters for Doe Defendants in the *Altobelli*, *Chester* and *Mauser* actions are attached hereto as Exhibits F, G and H. OC Helicopters was added as a defendant in the Second Amended Complaint filed in the *Bryant* action.

19. Island Express Helicopters and Island Express Holding asserted a cross-complaint in each of the Liability Actions against two flight controllers employed by the Federal Aviation Administration ("FAA"). It is alleged that a series of erroneous acts and omissions by the controllers resulted in the crash.

20. On September 30, 2020, the four Liability Actions were removed to the United States District Court for the Central District of California under the following case numbers: *Bryant* (2:20-cv-08953), *Altobelli* (2:20-cv-8954), *Chester* (2:20-cv-8955), and *Mauser* (2:20-cv-8956).

21. On November 16, 2020, Endurance extended a defense to OC Helicopters under the Policy pursuant to a reservation of rights in the *Altobelli*, *Bryant*, *Chester* and *Mauser* actions and has paid OC Helicopters' defense costs in those matters.

22. Endurance's reservation of rights includes the right to seek reimbursement of attorney's fees and costs incurred in connection with the defense of OC Helicopters in the Liability Actions.

## COUNT I

## (Declaratory Relief)

23. Endurance incorporates by reference paragraphs 1 through 22 as if fully set forth herein.

24. The Sikorsky was owned by Island Express Holdings at the time of the loss.

25. Endorsement 2 of the Policy extends liability coverage for aircraft not owned by OC Helicopters as follows:

> **Non-Owned Aircraft Liability** - It is agreed that, with respect to Coverages A, B and D in Section I of the Policy, coverage will apply to any aircraft you use but which is not declared in Item 5 of the Declarations always provided that you have no interest in the aircraft as owner in whole or in part and exercise no part in the servicing or maintenance of the aircraft.
>
> Our liability for losses under this coverage with respect to non-owned aircraft is subject to the Limits of Liability shown in Item 4 of the Declarations and does not increase the maximum amount we will pay.
>
> No coverage hereunder applies:
>
> a) To liability arising out of any product you manufacture, sell, handle or distribute.
>
> b) To any **Aircraft** having a seating capacity exceeding 0 seats.
>
> c) To liability for loss of or damage to the aircraft or any consequential loss arising therefrom.
>
> d) To any rotorwing aircraft or amphibious aircraft.
>
> Solely as respects Non-Owned Aircraft, it is agreed that Item 6, Pilots, of the Declarations shall not apply provided you do nothing to prejudice our subrogation rights.
>
> Non-Owned Aircraft Liability coverage hereunder will be excess over any other valid and collectible Insurance available to you.

26. Subject to all of the Policy's terms, conditions and limitations, coverage for Non-Owned Aircraft Liability applies to aircraft that are not declared in Item 5 of the Policy's Declarations and which OC Helicopters uses, has no ownership interest in, and does not service or maintain.



27. The Non-Owned Aircraft Liability coverage does not apply "[t]o any rotorwing aircraft or amphibious aircraft."

28. Rotorwing aircraft is a category of aircraft that includes helicopters. The Sikorsky helicopter, therefore, is a rotorwing aircraft.

29. Because the Sikorsky is a rotorwing aircraft, it does not fall within the scope of the Non-Owned Aircraft Liability coverage provided by the Policy or is excluded from such coverage. The Policy, therefore, does not provide coverage for the claims alleged against OC Helicopters in the Liability Actions. Accordingly, Endurance has no obligation to either defend or indemnify OC Helicopters for the claims alleged against it in those actions.

30. Endurance is informed and believes, and on such information and belief alleges, that OC Helicopters disputes Endurance's contentions and asserts that it is entitled to insurance coverage under the Policy for the Liability Actions.

31. A dispute exists between Endurance and OC Helicopters regarding Endurance's rights, duties and obligations under the Policy in connection with the Liability Actions.

32. Endurance hereby requests a declaration that the claims asserted against OC Helicopters in the Liability Actions do not fall within the scope of coverage provided by the Policy and that Endurance does not have a duty to defend or indemnity OC Helicopters in connection with those matters.

**COUNT II**

**(Reimbursement of Defense Costs)**

33. Endurance incorporates by reference paragraphs 1 through 32 as if fully set forth herein.

34. By letter dated November 16, 2020, Endurance accepted the tender of defense on behalf of OC Helicopters in the Liability Actions under the Policy pursuant to a reservation of rights. The reservation included Endurance's right to

seek reimbursement of defense costs incurred in connection with the Liability Actions.

35. Endurance has no obligation to defend OC Helicopters in the Liability Actions as the claims alleged in that action are not potentially covered or are otherwise excluded under the terms of the Policy.

36. OC Helicopters has been unjustly enriched by the amount of fees and costs paid or to be paid by Endurance to defend the claims against OC Helicopters that are not covered or are otherwise excluded under the terms of the Policy.

37. OC Helicopters has obtained or will obtain a direct unjust enrichment without any adequate legal basis, and should be required to return that enrichment. Endurance, therefore, seeks reimbursement of all sums paid to defend OC Helicopters against the claims in the Liability Actions.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Endurance prays for judgment against defendant OC Helicopters, as follows:

1. Determining and declaring that Endurance has no duty under Aircraft Insurance Policy No. NAC6023958 to defend or indemnity OC Helicopters in connection with the *Altobelli*, *Bryant*, *Chester*, and *Mauser* actions;
2. Awarding Endurance an amount according to proof to reimburse Endurance for attorney's fees and costs paid to defend OC Helicopters in the *Altobelli*, *Bryant*, *Chester*, and *Mauser* actions;
3. Awarding Endurance its costs; and
4. Granting such further relief as this Court deems just and proper.

/ /

/ /

/ /

/ /

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Endurance demands trial by jury in this action of all issues so triable.

DATED: May 12, 2021 LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Stephen V. Kovarik
Rebecca R. Weinreich
Stephen V. Kovarik
Attorneys for Plaintiff ENDURANCE ASSURANCE CORPORATION