1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
2 |   E-Mail: Rebecca.Weinreich@lewisbrisbois.com
STEPHEN V. KOVARIK, SB# 184656
3 |   E-Mail: Stephen.Kovarik@lewisbrisbois.com
633 West 5th Street, Suite 4000
4 | Los Angeles, California 90071
Telephone: 213.250.1800
5 | Facsimile: 213.250.7900

6 | Attorneys for Plaintiff ENDURANCE
ASSURANCE CORPORATION
7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11 | ENDURANCE ASSURANCE CORPORATION,     Case No. 8:21-cv-00878-CJC-KES

12 |              Plaintiff,     Hon. Cormac J. Carney

13 |      vs.     **JOINT STATUS REPORT**

14 | OC HELICOPTERS, LLC. and DOES 1-10,

15 |     Action Filed: May 12, 2021
Status Conf. December 13, 2021

16 |              Defendant.     Trial Date: None Set

17

Plaintiff Endurance Assurance Corporation ("Endurance") and defendant OC Helicopters, LLC ("OC Helicopters") submit the following Joint Status Report in accordance with the Court's August 20, 2021 Order ("Order") (Doc. 22).

This action involves whether defendant OC Helicopters is entitled to defense and indemnity under Endurance Aircraft Insurance Policy Number NAC6023958 ("Aircraft Policy") in connection with the claims alleged against it in four underlying lawsuits: the *Bryant*, *Altobelli*, *Chester* and *Mauser* actions (the "Liability Actions"). The Liability Actions arise out of the January 26, 2020 helicopter crash that resulted in the death of the pilot, Ara Zobayan, along with eight passengers: Kobe Bryant, Gianna Bryant, Alyssa Altobelli, Keri Altobelli, John Altobelli, Payton Chester, Sarah Chester, and Christina Mauser. The Liability

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4868-1495-8340.1

JOINT STATUS REPORT

1  Actions were brought by or on behalf of the spouses and children of the crash
2  victims against OC Helicopters, Island Express Holding Corp., Island Express
3  Helicopters, Inc., and the Estate of Ara George Zobayan.

4        Endurance extended a defense to OC Helicopters in the Liability Actions
5  subject to a reservation of rights.  Endurance subsequently brought this action to
6  resolve disputed issues relating to the insurance coverage available to OC
7  Helicopters under the Aircraft Policy for the Liability Actions.

8        In or about June 2021, an agreement in principal was reached to resolve the
9  Liability Actions pursuant to a confidential settlement agreement.  To allow time for
10  resolution of the Liability Actions, Endurance and OC Helicopters requested and the
11  Court agreed to schedule a Status Conference to determine the status of the
12  settlements in the underlying Liability Actions and whether or how to proceed in the
13  current litigation.  The parties anticipate that the present action can be dismissed
14  upon resolution of the Liability Actions.

15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    Since the entry of this Court's Order, the plaintiffs in the Liability Actions

2  and O.C. Helicopters have executed formal confidential settlement agreements.  The

3  court in the Liability Actions has approved the compromise of the minors' claims.

4  It is anticipated that a dismissal of the Liability Actions as to O.C. Helicopters will

5  be filed shortly.

6    In light of the progress made toward final resolution of the Liability Actions,

7  Endurance and OC Helicopters request that the Status Conference in the present

8  action be continued for 60 days or a date convenient to the Court.

9  DATED:  December 3, 2021          LEWIS BRISBOIS BISGAARD & SMITH LLP

10                                    By:    /s/ Stephen V. Kovarik
                                          _____
11                                         Rebecca R. Weinreich
                                          Stephen V. Kovarik
12                                         Attorneys for Plaintiff ENDURANCE
                                          ASSURANCE CORPORATION
13

14

15  DATED: December 3, 2021          LAW OFFICES OF DINA ADHAM

16                                    By:    /s/ Dina Adham
                                          _____
17                                         Dina Adham
                                          Attorneys for Defendant
18                                         OC HELICOPTERS, LLC

19

20

21

22

23  Attestation Regarding Signatures:

24
    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Stephen V. Kovarik, attest that all
25  signatories listed, and on whose behalf this filing is submitted, concur in the filing's
    content and have authorized the filing.
26

27  Dated:  December 3, 2021              /s/  Stephen V. Kovarik
                                      _____
28                                         Stephen V. Kovarik



4868-1495-8340.1                    3

# FEDERAL COURT PROOF OF SERVICE

Endurance Assurance Corporation v. OC Helicopters, LLC
Case No. 8:21-cv-00878-CJC-KES

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 3, 2021, I served the following document(s):

**JOINT STATUS REPORT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Dina Adham, Esq.
1230 Rosecrans Avenue, Ste. 300
PMB #698
Manhattan Beach, CA  90266
Tel:  (310) 384-0843
dadham@adhamlawgroup.com

Alex Swain, Esq.
BLOCK LLP
3500 W. Olive Avenue, Third Floor
Burbank, CA  91505
Tel:  (818) 714-0655

The documents were served by the following means:

☒    (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 3, 2021, at Los Angeles, California.

/s/ Joann Lenard
Joann Lenard

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4868-1495-8340.1

JOINT STATUS REPORT