**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
　E-Mail: Rebecca.Weinreich@lewisbrisbois.com
STEPHEN V. KOVARIK, SB# 184656
　E-Mail: Stephen.Kovarik@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff ENDURANCE ASSURANCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENDURANCE ASSURANCE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OC HELICOPTERS, LLC. and DOES 1-10,<br><br>　　　　Defendant. | Case No. 8:21-cv-00878-CJC-KES<br><br>Hon. Cormac J. Carney<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Action Filed: May 12, 2021<br>Trial Date:　　None Set |

　　　Plaintiff Endurance Assurance Corporation and defendant OC Helicopters, LLC, through their respective counsel, stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action is hereby dismissed without prejudice, each side to bear its own costs and attorney's fees.

DATED: February 1, 2022　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

　　　　　　　　　　　　　　　　By:　　　/s/ Stephen V. Kovarik
　　　　　　　　　　　　　　　　　　Rebecca R. Weinreich
　　　　　　　　　　　　　　　　　　Stephen V. Kovarik
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff ENDURANCE ASSURANCE CORPORATION

4867-3453-9528.1

STIPULATION OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: February 1, 2022 | LAW OFFICES OF DINA ADHAM |
| 2 | | By: /s/ *Dina Adham* |
| 3 | | Dina Adham |
| 4 | | Attorneys for Defendant<br>OC HELICOPTERS, LLC |

<u>Attestation Regarding Signatures</u>:

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Stephen V. Kovarik, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 1, 2022     /s/ *Stephen V. Kovarik*
                            Stephen V. Kovarik

# FEDERAL COURT PROOF OF SERVICE
Endurance Assurance Corporation v. OC Helicopters, LLC
Case No. 8:21-cv-00878-CJC-KES

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 1, 2022, I served the following document(s): **STIPULATION OF VOLUNTARY DISMISSAL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Dina Adham, Esq.
1230 Rosecrans Avenue, Ste. 300
PMB #698
Manhattan Beach, CA 90266
Tel: (310) 384-0843
dadham@adhamlawgroup.com

Alex Swain, Esq.
BLOCK LLP
3500 W. Olive Avenue, Third Floor
Burbank, CA 91505
Tel: (818) 714-0655

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 1, 2022, at Los Angeles, California.

/s/ *Anna Singer*
Anna Singer