# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENDURANCE ASSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>OC HELICOPTERS, LLC. and DOES 1-10,<br><br>    Defendant. | Case No. 8:21-cv-00878-CJC-KES<br><br>Hon. Cormac J. Carney<br><br>**ORDER ON STIPULATION DISMISSING ACTION WITHOUT PREJUDICE** |

The Court, having considered the Stipulation of Voluntary Dismissal of plaintiff Endurance Assurance Corporation and defendant OC Helicopters, LLC, and good cause appearing therefrom, hereby approves the parties' stipulation; and HEREBY ORDERS that the entire action is dismissed without prejudice. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

DATED: February 2, 2022

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

4891-0248-6280.1